**Diana ERNST, Appellant,**

v.

**DIVISION OF EMPLOYMENT SECURITY, Respondent.**

**No. WD 72755.**

Missouri Court of Appeals, Western District.

May 10, 2011.

Diana Ernst, Sweet Springs, MO, pro se.

Bart A. Matanic, Jefferson City, MO, for Respondent.

Before Division II: JAMES M. SMART, JR., Presiding Judge, and MARK D. PFEIFFER and CYNTHIA L. MARTIN, Judges.

## Order

PER CURIAM:

Diana Ernst appeals the denial of unemployment benefits by the Labor and Industrial Relations Commission. Finding no error, we affirm in this *per curiam* order and have provided the parties a legal memorandum explaining our ruling. Rule 84.16(b).